# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: DAVID CHARLES ARCURI | ) | Case No. 19-12485-aih |
| SHERRY LYNN ARCURI | ) | Chapter 13 Proceedings |
| Debtors | ) | Judge Arthur I. Harris |

## CHAPTER 13 TRUSTEE'S MOTION FOR EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004

Now comes LAUREN A. HELBLING, the duly appointed and qualified Standing Chapter 13 Trustee herein ("Trustee"), hereby moves this Honorable Court to issue an Order requiring the Debtors ("Debtors") to appear for examination pursuant to Bankruptcy Rule 2004. In support of her motion, the Trustee makes the following representations to the Court:

1. Trustee sent correspondence to Debtors and counsel for Debtors on September 28, 2021 to request that Amended Schedules I and J be filed to disclose current information about Debtors' income and expenses. Trustee also requested Debtors complete a business questionnaire for Debtors' new business, verification of business insurance and a 12 month projected cash flow statement.

2. To date, there has been no response to the letter and amended schedules have not been filed.

3. Debtors are requested to provide the following documents to the Trustee:
   - Amended Schedules I and J to accurately disclose Debtors' current monthly household income and expenses, as well as any changes to employment;
   - Copies of pay advices for the last 60 days from any source of employment for Debtors;
   - Copies of bank statements for the months of June 2021 through October 2021 for all accounts held by Debtors;
   - Completed business questionnaire;
   - Verification of business insurance;
   - 12 month projected cash flow statement for the business;

WHEREFORE your Trustee, being a proper party in interest, hereby moves this Honorable Court to grant her motion and order Debtors to appear on Wednesday, **November 17, 2021 at 11:00 a.m.** for examination for the reasons cited and to require that Debtors provide said documents to the Trustee on or before **Friday, November 12, 2021** for review by Trustee prior to the exam.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on October 27, 2021, a true and correct copy of the Trustee's Motion for Examination Pursuant to Bankruptcy Rule 2004 was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    WILLIAM J. BALENA, on behalf of the Debtor(s), DAVID CHARLES & SHERRY LYNN ARCURI, at docket@ohbksource.com

And by regular U.S. Mail, postage prepaid, on:

    DAVID CHARLES & SHERRY LYNN ARCURI, Debtor(s), at 139 UNION STREET, WELLINGTON, OH 44090

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
ch13trustee@ch13cleve.com