The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 1, 2021, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: November 1, 2021



ENTERED UNDER ADMINISTRATIVE ORDER NO. 02-10: JOSIAH C. SELL, CLERK OF BANKRUPTCY COURT
BY: /s/ Erick Jones
Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | DAVID CHARLES ARCURI<br>SHERRY LYNN ARCURI<br>Debtors | ) Case No. 19-12485-aih<br>) Chapter 13 Proceedings<br>) Judge Arthur I. Harris |

### ORDER GRANTING CHAPTER 13 TRUSTEE'S MOTION FOR EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004

Upon consideration of the Trustee's Motion for Examination pursuant to Bankruptcy Rule 2004, and for good cause shown:

**IT APPEARS** to the Court that the Trustee's Motion for examination pursuant to Bankruptcy Rule 2004 is well taken and will be granted.

**IT IS ORDERED** that, pursuant to the Trustee's Motion, DAVID CHARLES & SHERRY LYNN ARCURI, will appear for examination pursuant to Bankruptcy Rule 2004 at the following time and place:

**Wednesday, November 17, 2021, at 11:00 a.m.**
Via Telephonic Conference Call

**IT IS FURTHER ORDERED** that the Debtor, DAVID CHARLES & SHERRY LYNN ARCURI, is required to provide to the Trustee by **Friday, November 12, 2021** all the documents and records as listed and requested in the Trustee's motion for examination. Failure to comply with this Order and appear for examination is cause for dismissal of this case. Submission to the Trustee of the

documents requested will not excuse the Debtors and counsel from appearing for the examination at the designated date and time.

Submitted by:
/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268
Fax (216) 621-4806
Ch13trustee@ch13cleve.com

## SERVICE LIST

Lauren A. Helbling, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

WILLIAM J. BALENA, Attorney for Debtor(s)
docket@ohbksource.com
(served via ECF)

DAVID CHARLES & SHERRY LYNN ARCURI, Debtor(s)
139 UNION STREET
WELLINGTON, OH 44090

###